UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TINA CHERISE WALTON,

    Plaintiff,                                  Case No. 10-cv-10368

v.                                          HONORABLE STEPHEN J. MURPHY, III

AMERICAN POSTAL WORKERS
UNION, AFL-CIO

    Defendant.

_____/

## **JUDGMENT**

**IT IS ORDERED AND ADJUDGED** that pursuant to this Court's Opinion and Order dated March 23, 2011, the complaint is **DISMISSED WITHOUT PREJUDICE**.

Dated at Detroit, Michigan this 23rd day of March.

                                                              DAVID J. WEAVER
                                                              CLERK OF THE COURT

                                                              BY: s/Carol Cohron

APPROVED:

s/Stephen J. Murphy, III
STEPHEN J. MURPHY, III
UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on March 23, 2011, by electronic and/or ordinary mail.

                                      s/Carol Cohron
                                        Case Manager